UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD COHAN,

          Plaintiff,

v.                                                                          Case No:   2:14-cv-235-FtM-38DNF

ROBERTO  CONTI,  GERARDA  G.
DALDONE,   ULIA   CONTI   and
HOLISTIC HEALTH HEALING INC.,

          Defendants.

_____/

## ORDER[1]

    This  matter  comes  before  the  Court  on  the  Plaintiff,  Howard  Cohan  and  the

Defendant, Robert Conti, Gerarda G. Daldone, Ulia Conti, and Holistic Health Healing,

Inc.'s Stipulation of Dismissal (Doc. #17) filed on August 15, 2014. Federal Rule of Civil

Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule

reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal
> statute, the plaintiff may dismiss an action without a court order by
> filing:
> (i)    A notice of dismissal before the opposing party serves either
>       an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have
>       appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These
hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in
CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse,
recommend, approve, or guarantee any third parties or the services or products they provide on their Web
sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court
accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink
ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Plaintiff informs the Court that he voluntarily dismisses the Complaint with prejudice.  No answer or summary judgment has been filed, therefore; the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Howard Cohan and the Defendant, Robert Conti, Gerarda G. Daldone, Ulia Conti, and Holistic Health Healing, Inc.'s Stipulation of Dismissal (Doc. #17) is **GRANTED**.  The Clerk of the Court is directed to **DISMISS** the case, enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record